**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Michael Demond OGLESBY,
Defendant-Appellant.**

No. 16-6222

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2016

Decided: July 25, 2016

Michael Demond Oglesby, Appellant Pro Se. Robert Michael Hamilton, Michael Francis Joseph, Assistant United States Attorneys, Randall Stuart Galyon, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Demond Oglesby appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Oglesby, No. 1:06-cr-00348-TDS-1 (M.D.N.C. Jan. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED